IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 19-25299 |
|---|---|---|
| Marcus K Graves | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Donald R Cassling |

NOTICE OF MOTION

TO:  Marcus K Graves, 1109 Tall Timbers Rd, Apt 101 Schaumburg, IL 60173 *via US mail*

Trustee Tom Vaughn *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

*See attached service list*

PLEASE TAKE NOTICE that on **September 26, 2019 at 9:30 AM** I shall appear before the Honorable Donald R Cassling at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 619, Chicago, Illinois, 60604 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By: /s/ *David H. Cutler*
David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on September 19, 2019 before the hour of 6:00 p.m.

By: */s/ David H. Cutler*
David H. Cutler, esq.,

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-25299 |
| Marcus K Graves | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge Donald R Cassling |

## MOTION TO EXTEND STAY

NOW COMES the Debtor, Marcus K Graves, by and through his attorneys, the law office of CUTLER & ASSOCIATES, LTD., and in support of his Motion, states as follows:

1) The Court has jurisdiction over the proceeding pursuant to 28 USC 1334 and the is a "core proceeding" under 28 USC 157(b)(2).

2) The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on September 6, 2019.

3) The Debtor proposed a plan that will repay 100% to his general unsecured creditors with a payment of $775.00 for 60 months.

4) Within a year of this filing, the Debtor had a prior Chapter 13 case, that was filed on September 6, 2018 and subsequently converted to a Chapter 7 on December 4, 2018 and the Chapter 7 case was discharged on March 12, 2019, Case No: 18-25226.

5) In the prior case, Debtor converted his Chapter 13 filing to a Chapter 7 and he was successfully discharged, however he was left with debts that were not discharged.

6) In the instant case, Debtor will be paying his debts which were not discharged through the Chapter 7 in a Chapter 13 plan of reorganization and he intends to make his plan payments to pay his creditors in a timely manner.

2

7) In the instant case, Debtor's income is steady and he will be on payroll control to ensure timely plan payments, an order for payroll was entered on September 12, 2019.

8) In the instant case, Debtor has had a change in circumstances, he has been successfully discharged from a Chapter 7 bankruptcy, he intends to make timely plan payments via a payroll control order to repay his debts which were not discharged in the prior case, his income is steady and he can afford the monthly Trustee plan payments in a feasible chapter 13 plan.

9) Debtor has provided this Honorable Court with an affidavit of change and income and expense schedules, see the attached Affidavit and schedules I and J from his previous chapter 13 and 7 bankruptcy cases, and the schedules I and J from his current chapter 13 bankruptcy case. See Affidavit and Exhibits A, B and C respectively.

WHEREFORE, the Debtor prays that this the Honorable Court enter an Order Extending the Automatic Stay, and for such further relief that the Honorable Court may deem just and proper.

Dated: 9/19/19                                              Respectfully Submitted,

By:     */s/ David H. Cutler*
        David H. Cutler, esq.,
        Counsel for Debtor(s)
        Cutler & Associates, Ltd.
        4131 Main St, Skokie, IL 60076
        Phone: (847) 673-8600