UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: MARCUS K GRAVES | ) Case No. 19 B 25299 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: DONALD R CASSLING |

## NOTICE OF MOTION

MARCUS K GRAVES                                          CUTLER & ASSOC
                                                        via Clerk's ECF noticing procedures

1477 CAMERON CT
HOFFMAN ESTATES, IL
60010

Please take notice that on October 24, 2019 at 10:00 am my designee or I will appear before the Honorable
Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion
set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the person(s)
named above by U.S. mail at  55 E Monroe St., Chicago, Il 60603 or by the methods indicated on October
04, 2019.

                                                        /s/ Tom Vaughn

## TRUSTEE'S MOTION TO OBJECT TO DISCHARGE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order
determining that debtor is not entitled to a discharge, stating as follows:

1.      Debtor (s) filed the above-captioned Chapter 13 case on September 06, 2019.

2.      The debtor(s) filed a previous Chapter 7 case, # 18-25226 filed on
        Sep 06, 2018, discharge having been issued on Mar 12, 2019.

3.      Pursuant to 11 U.S.C. § 1328 (f), "the court shall not grant a discharge of all debts provided for in
        the plan or disallowed under section 502, if the debtor received a discharge--
        (1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date
        of the order for relief under this chapter, or
        (2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such
        order."

WHEREFORE Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a
discharge.

                                                        Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                       /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900