UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-25299 |
| Marcus K Graves | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1.  The Chapter 13 plan term is extended to 84 months in accordance with 11 U.S.C. §1329(d)(1).

2.  The plan payment is decreased to $707 beginning October 2020 until the end of the plan.

3.  The plan base shall remain the same.

4.  Nothing in this Order shall require the Trustee to perform collections from creditors pursuant to any prior plan.

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 17, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600