**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-25299 |
| Marcus K Graves | ) | |
| | ) | |
| | ) | HON. Donald R Cassling |
| DEBTOR. | ) | CHAPTER 13 |

**NOTICE OF MOTION**

TO:   Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850 Chicago, IL 60603, via electronic court notification;

See attached service list.

PLEASE TAKE NOTICE THAT on April 28, 2022 at 9:30 a.m., I will appear before the Honorable Judge Donald R. Cassling or any judge sitting in that judge's place, and present the Motion to Vacate, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link:  https://www.zoomgov.com/   Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 414 7941 and the passcode is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I served a copy of this notice and the attached motion electronically or through U.S. Mail on each entity shown on the attached list at the address shown on the list on April 21, 2022 by 8:00 p.m.

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-25299 |
| | ) | |
| Marcus K Graves | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Donald R Cassling |
| | ) | |

**MOTION TO VACATE AMENDED ORDER FOR PAYROLL CONTROL**

NOW COMES the Debtor, Marcus K Graves, by and through his attorneys, Cutler and Associates, Ltd., and moves this Honorable Court to vacate the Amended Payroll Control Order entered on September 28, 2020 [doc. 42], and in support thereof states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §1334 and §157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. On September 6, 2019, the Debtor filed a petition for relief under Chapter 13 of Title 11 U.S.C.

3. The Debtor's Chapter 13 Plan was confirmed on November 21, 2019.

4. The Debtor voluntarily submitted to payroll control. On September 28, 2020, this Honorable Court entered an Amended Order for Payroll Control, at docket entry number 42. (See Exhibit A)

5. The Debtor wishes to make direct payments to the Trustee as it will allow him to better manage his finances.

6. The foregoing constitutes sufficient grounds for this Court to enter an Order vacating the Amended Order for Payroll Control for the Debtor entered on September 28, 2020, at docket entry number 42.

WHEREFORE the Debtor, Marcus K Graves, prays that this Honorable Court enter an order vacating the Amended Payroll Control Order entered on September 28, 2020 [doc. 42]; and for such further relief that this Court may deem just and proper.

Dated:  April 21, 2022                                             Respectfully Submitted,

                                                              By:    /s/ David H. Cutler
                                                                     David H. Cutler, esq.,
                                                                     Counsel for Debtor:
                                                                     4131 Main St.
                                                                     Skokie, IL 60076
                                                                     Phone: (847) 673-8600